IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>[1] PABLO DIAZ RAMIREZ,<br>[2] JEAN CARLOS TORRES CORREA<br>(A/K/A "JAMPI"),<br>Defendants. | FIRST SUPERSEDING<br>INDICTMENT<br><br>Criminal No. 17-97-CCC<br><br>Violations:<br>18 U.S.C. § 1951<br>18 U.S.C. § 2119(1)<br>18 U.S.C. § 924(c)(1)(A)(ii)<br>18 U.S.C. § 2<br><br>(EIGHT COUNTS) |



**THE GRAND JURY CHARGES:**

## COUNT ONE
### Carjacking
### (Title 18, United States Code, Sections 2119(1))

On or about February 3, 2017, in the District of Puerto Rico and within the jurisdiction of this Court,

**[1] PABLO DIAZ RAMIREZ,**

the defendant herein, aiding and abetting others, with the intent to cause death or serious bodily harm, did take a motor vehicle from the person or presence of A.B., that is, a 2008 White Toyota Sienna minivan, VIN 5TDZK23C485175671, a vehicle that had been transported, shipped or received in interstate or foreign commerce, by force, violence and intimidation. All in violation of 18 U.S.C. § 2119(1) and 18 U.S.C. § 2.

## COUNT TWO
### Brandishing a Firearm During and in Relation to a Crime of Violence
### (Title 18, United States Code, Section 924(c)(1)(A)(ii))

On or about February 3, 2017, in the District of Puerto Rico and within the jurisdiction of this Court,

**[1] PABLO DIAZ RAMIREZ,**

the defendant herein, aiding and abetting others, did knowingly brandish a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, 18 U.S.C. § 2119(1). All in violation of 18 U.S.C. § 924(c)(1)(A)(ii) and 18 U.S.C. § 2.

## COUNT THREE
### Interference with commerce by threats or violence
### (Title 18, United States Code, Section 1951)

At all times material to this Indictment, Subway was engaged in the retail sale of food in interstate commerce and in an industry that affects interstate commerce.

On or about February 3, 2017 in the District of Puerto Rico and within the jurisdiction of this Court,

**[1] PABLO DIAZ RAMIREZ,**

the defendant herein, aiding and abetting others, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect commerce as that term is defined in 18 U.S.C. § 1951, in that the defendant did unlawfully take $400 from the Subway in San Lorenzo, Puerto Rico in the presence of an employee, against that employee's will, by means of actual and threatened force, violence and fear of injury, immediate and future to that employee's person, that is threatening the employee with firearms in order to commit the robbery. All in violation of 18 U.S.C. § 1951 and 18 U.S.C. § 2.

## COUNT FOUR
**Using, Carrying or Possessing a Firearm During and in Relation to a Crime of Violence**
**(Title 18, <u>United States Code</u>, Section 924(c)(1)(A)(ii))**

On or about February 3, 2017, in the District of Puerto Rico and within the jurisdiction of this Court,

**[1] PABLO DIAZ RAMIREZ,**

the defendant herein, aiding and abetting others, did knowingly brandish, carry and use a firearm during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that is, 18 U.S.C. § 1951. All in violation of 18 U.S.C. § 924(c)(1)(A)(ii) and 18 U.S.C. § 2.

## COUNT FIVE
**Interference with commerce by threats or violence**
**(Title 18, United States Code, Section 1951)**

At all times material to this Indictment, CVS was engaged in the retail sale of toiletries, alcohol, prescription drugs and food in interstate commerce and in an industry that affects interstate commerce.

On or about January 13, 2017 in the District of Puerto Rico and within the jurisdiction of this Court,

**[1] PABLO DIAZ RAMIREZ,**
**[2] JEAN CARLOS TORRES CORREA,**

the defendants herein, aiding and abetting each other and others, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect commerce as that term is defined in 18 U.S.C. § 1951, in that the defendant did unlawfully take $207 and approximately two bottles of alcohol from the CVS in Caguas, Puerto Rico in the presence of employees, against their will, by means of actual and threatened force, violence and fear of injury, immediate and future to their persons, that is threatening the employees with firearms in order to commit the robbery and hitting one of the employees with a firearm. All in violation of 18 U.S.C. § 1951 and 18 U.S.C. § 2.

## COUNT SIX
**Using, Carrying or Possessing a Firearm During and in Relation to a Crime of Violence**
**(Title 18, United States Code, Section 924(c)(1)(A)(ii))**

On or about January 13, 2017, in the District of Puerto Rico and within the jurisdiction of this Court,

**[1] PABLO DIAZ RAMIREZ,**
**[2] JEAN CARLOS TORRES CORREA,**

the defendants herein, aiding and abetting each other and others, did knowingly brandish, carry and use a firearm during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that is, 18 U.S.C. § 1951. All in violation of 18 U.S.C. § 924(c)(1)(A)(ii) and 18 U.S.C. § 2.

## COUNT SEVEN
**Interference with commerce by threats or violence**
**(Title 18, United States Code, Section 1951)**

At all times material to this Indictment, Walgreens was engaged in the retail sale of toiletries, cigarettes, prescription drugs and food in interstate commerce and in an industry that affects interstate commerce.

On or about February 13, 2017 in the District of Puerto Rico and within the jurisdiction of this Court,

**[1] PABLO DIAZ RAMIREZ,**

the defendant herein, aiding and abetting others, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect commerce as that term is defined in 18 U.S.C. § 1951, in that the defendant did unlawfully take $1,076 and approximately 19 boxes of cigarettes from the Walgreens in Caguas, Puerto Rico in the presence of employees, against their will, by means of actual and threatened force, violence and fear of injury, immediate and future to their persons, that is threatening the employees with firearms in order to commit the robbery. All in violation of 18 U.S.C. § 1951 and 18 U.S.C. § 2.

## COUNT EIGHT
**Using, Carrying or Possessing a Firearm During and in Relation to a Crime of Violence**
**(Title 18, United States Code, Section 924(c)(1)(A)(ii))**

On or about February 13, 2017, in the District of Puerto Rico and within the jurisdiction of this Court,

### [1] PABLO DIAZ RAMIREZ,

the defendant herein, aiding and abetting others, did knowingly brandish, carry and use a firearm during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that is, 18 U.S.C. § 1951. All in violation of 18 U.S.C. § 924(c)(1)(A)(ii) and 18 U.S.C. § 2.

TRUE BILL

**ROSA EMILIA RODRIGUEZ-VELEZ**
**United States Attorney**

FOREPERSON

Date: 6/22/2017

**Timothy Henwood**
First Assistant United States Attorney

**Jenifer Hernández-Vega**
Assistant United States Attorney
Chief, Violent Crimes Unit

**Jonathan Gottfried**
Assistant United States Attorney